# UNITED STATES DISTRICT COURT
для the
District of Colorado

| United States of America | ) | Case No. | 21-mj-00119-STV |
|---|---|---|---|
| v. | ) | | |
| CHRISTOPHER FASSIH | ) | | |
| *Defendant(s)* | ) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about July 6, 2021, in the State and District of Colorado, CHRISTOPHER FASSIH violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2), (4); 2252A(a)(2), (5) | Possession, receipt, access with intent to view child pornography |
| 18 U.S.C. § 875(c) | Interstate communication of threats |
| 18 U.S.C.§ 844(e) | Threats to kill by means of explosives |
| 18 U.S.C. § 1038(a)(1) | False information and hoaxes |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**x** Continued on attached sheet.

/s Marisa Budwick
*Complainant's signature*

FBI SA Marisa Budwick
*Printed name and title*

Sworn to before me and:
☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: July 7, 2021

City and state: Denver, CO

*Judge's signature*

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*