DEFENDANT: CHRISTOPHER FASSIH

YOB/AGE: 1996/25 years old

COMPLAINT FILED? _____ Yes _____ No

 If Yes, MAGISTRATE CASE NUMBER_____

| OFFENSE(S): | 18 U.S.C. § 2252(a)(2), (4) | Possession, receipt, access with intent to view child pornography |
|---|---|---|
| | 18 U.S.C. § 2252A(a)(2), (5) | Possession, receipt, access with intent to view child pornography |
| | 18 U.S.C. § 875(c) | Interstate communication of threats |
| | 18 U.S.C.§ 844(e) | Threats to kill by means of explosives |
| | 18 U.S.C. § 1038(a)(1) | False information and hoaxes |

LOCATION OF OFFENSE: Denver County/Larimer County, Colorado

| PENALTY: | 18 U.S.C. § 2252(a)(2), (4) | Imprisonment of NLT 5 years and NMT 20 years; SR NLT 5 years and NMT life; NMT $250,000 fine; $100 SA |
|---|---|---|
| | 18 U.S.C. § 2252A(a)(2), (5) | Imprisonment of NLT 5 years and NMT 20 years; SR NLT 5 years and NMT life; NMT $250,000 fine; $100 SA |
| | 18 U.S.C. § 875(c) | NMT 5 years imprisonment; NMT 3 years SR; NMT $250,000 fine; $100 SA |
| | 18 U.S.C.§ 844(e) | NMT 10 years imprisonment; NMT 3 years SR; NMT $250,000 fine; $100 SA |
| | 18 U.S.C. § 1038(a)(1) | NMT 5 years imprisonment; NMT 3 years SR; NMT $250,000 fine; $100 SA |

AGENT: SA Marisa Budwick, FBI

AUTHORIZED BY: Andrea Surratt
 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  x   five days or less _____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(e)(3)(E) & (f)(1)

The statutory presumption of detention is applicable to this defendant.