AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) ) ) ) | Case No. 21-mj-00119-STV |
| CHRISTOPHER FASSIH *Defendant* | ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay, CHRISTOPHER FASSIH, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2), (4); 2252A(a)(2), (5) | Possession, receipt, access with intent to view child pornography |
| 18 U.S.C. § 875(c) | Interstate communication of threats |
| 18 U.S.C. § 844(e) | Threats to kill by means of explosives |
| 18 U.S.C. § 1038(a)(1) | False information and hoaxes |

Date: July 7, 2021

City and state: Denver, CO

*Issuing officer's signature*

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*